UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WARFIELD,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY SUPERIOR COURT, et al.,<br><br>  Defendants. | No. 2:25-cv-00557-TLN-SCR<br><br>**ORDER** |

Plaintiff Broderick Warfield ("Plaintiff") proceeds in this action in pro per and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 6, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 18.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 6, 2025 (ECF No. 18), are ADOPTED IN FULL;

2. Plaintiff's action is DISMISSED without leave to amend; and

3. The Clerk of the Court is directed to administratively terminate all pending motions and close the case.

IT IS SO ORDERED.

Date: May 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE